**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**J. Consepcion GARCIA–JASSO,**
**Defendant–Appellant.**

**No. 14–40180**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

July 2, 2015.

John Richard Berry, Assistant U.S. Attorney, Renata Ann Gowie, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Philip G. Gallagher, Assistant Federal Public Defender, Laura Fletcher Leavitt, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before KING, JOLLY, and HAYNES, Circuit Judges.

PER CURIAM: *

J. Consepcion Garcia–Jasso appeals his sentence for illegal reentry. He contends that the district court erred by imposing a 16–level drug trafficking enhancement under U.S.S.G. § 2L1.2 for his 1991 Texas offense of aggravated delivery of a controlled substance. He argues that the offense did not warrant the enhancement because the term "drug trafficking offense" in § 2L1.2 requires remuneration, which is not an element under Texas Health and Safety Code § 481.112(a) and (c) (1991). De novo review applies to his preserved objection. *See United States v. Reyes–Mendoza,* 665 F.3d 165, 166 (5th Cir.2011).

We recently rejected the argument that an offense must require remuneration to qualify as a drug trafficking offense under § 2L1.2. *United States v. Martinez–Lugo,* 782 F.3d 198, 201–05 (5th Cir.2015). Accordingly, the judgment of the district court is AFFIRMED.